**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Belinda Marie Crawley                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10060 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT and index same on the master mailing list.

Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
17 Mar 2022, 11:26:35, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322