**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:  　　　　　　　　　　　　　　　　　Case No. 22-10060-amc
　　　　　　　　　　　　　　　　　　　　　Chapter 13

Belinda Marie Crawley

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

　　　　　　　　　　　　　　By:　　/s/ Steven K. Eisenberg
　　　　　　　　　　　　　　　　　Steven K. Eisenberg, Esquire
　　　　　　　　　　　　　　　　　Bar No: 75736
　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　　　　　　　　seisenberg@sterneisenberg.com
　　　　　　　　　　　　　　　　　Attorney for Creditor

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 29th day of July, 2022, to the following:

Michael D. Sayles
Sayles and Associates
427 West Cheltenham Avenue
Suite 2
Elkins Park, PA 19027
midusa1@comcast.net
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Belinda Marie Crawley
179 West Nedro Avenue
Philadelphia, PA 19120

*Debtor(s)*


             By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire