*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Belinda Marie Crawley
    Debtor(s)

Case No: 22–10060–amc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Determine Value of Property Filed by Belinda Marie Crawley Represented by MICHAEL D. SAYLES (Counsel).

    on: 9/20/22

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  9/8/22

Timothy B. McGrath
Clerk of Court

38 – 33
Form 167