**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re: <br><br>  BELINDA MARIE CRAWLEY <br>  Debtor(s) <br><br> U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSRMF MH MASTER PARTICIPATION TRUST II <br>  Movant <br><br> v. <br><br> BELINDA MARIE CRAWLEY <br>  Debtor(s) <br><br> KENNETH E. WEST <br>  Trustee <br>  Respondent(s) | Chapter: 13 <br><br> Bankruptcy Case: 22-10060-amc <br><br> Judge: CHAN, ASHELY M. |
|---|---|

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: _____        _____
**Date: November 16, 2022**        UNITED STATES BANKRUPTCY JUDGE