UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Belinda Crawley**        :        CHAPTER  13
:
:
DEBTOR            :        Bankruptcy No.: **22-10060\amc**

## PRAECIPE OF DEBTOR TO WITHDRAW MOTION TO DETERMINE VALUE

**To the Clerk, United States Bankruptcy Court:**

Kindly withdraw DEBTOR'S MOTION TO DETERMINE VALUE DOCKET# 33, only, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: February 7, 2023