# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Belinda Marie Crawley<br>　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Belinda Marie Crawley<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-10060 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT, which was filed with the Court on or about **March 16, 2022**.

Dated: April 5, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin_____
　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com