IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BELINDA MARIE CRAWLEY<br>    Debtor,<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>    Movant,<br><br>    v.<br><br>BELINDA MARIE CRAWLEY, and KENNETH E. WEST, Trustee,<br><br>    Respondents. | Bankruptcy No. 22-10060-amc<br><br>Chapter 13<br><br>Related to Doc. No. 21 |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Nissan Motor Acceptance Corporation, filed on May 2, 2022 at Document No. 21. The Debtor's First Amended Chapter 13 Plan filed on April 4, 2023 at Document No. 69 resolves the Objection to Confirmation of Plan.

Dated: May 1, 2023

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135

*Counsel for Nissan Motor Acceptance Corporation*