United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10060-amc |
| Belinda Marie Crawley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 02, 2023 | Form ID: 155 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| 14661031 | + | AES/Suntrust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 14661032 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE & WEINER COMPANY INC, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14661047 | + | Nationstar Mortgage LLC, 4800 State Highway 121 Bypass, Lewisville, TX 75056-2915 |
| 14661050 | | Nissan Motor Acceptance Corp., PO Box 742658, Cincinnati, OH 45274-2658 |
| 14661052 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14661055 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14661054 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14676838 | + | U.S. Bank Trust National Association, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street,Suite 5000, Philadelphia, PA 19106-1541 |
| 14709962 | + | U.S. Bank Trust National Association, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14661062 | | US Bank Trust National Association, Fay Servicing-Bankruptcy Department, 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14661030 | + | Email/Text: bncnotifications@pheaa.org | May 03 2023 00:11:00 | AES/Keystone best, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14661033 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 00:19:51 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14677352 | | Email/Text: megan.harper@phila.gov | May 03 2023 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14661034 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 00:19:36 | Capital One Bank, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14664622 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 00:19:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14661035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 00:41:48 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14661036 | + | Email/Text: megan.harper@phila.gov | May 03 2023 00:11:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14661037 | | Email/Text: megan.harper@phila.gov | May 03 2023 00:11:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14661038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 22-10060-amc    Doc 77    Filed 05/04/23    Entered 05/05/23 00:35:23    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: 155 | Total Noticed: 49 |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | May 03 2023 00:11:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14661039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 00:11:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14661040 | | Email/Text: ECMCBKNotices@ecmc.org | May 03 2023 00:11:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14661041 | + | Email/Text: bankruptcydepartment@tsico.com | May 03 2023 00:11:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14674627 | | Email/Text: ECMCBKNotices@ecmc.org | May 03 2023 00:11:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14661042 | + | Email/Text: bky_mail@fanniemae.com | May 03 2023 00:11:00 | Federal National Mortgage Assn., 3900 Wisconsin Avenue NW, Washington, DC 20016-2806 |
| 14661043 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 00:19:30 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14662878 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 00:19:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671186 | | Email/Text: BankruptcyECFMail@mccalla.com | May 03 2023 00:11:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661044 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 00:11:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 14661045 | | Email/Text: bankruptcydpt@mcmcg.com | May 03 2023 00:11:00 | Midland Credit Managment, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14661048 | | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2023 00:11:00 | Nationstar Mortgage, LLC, attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 14661046 | + | Email/Text: POCInquiries@BonialPC.com | May 03 2023 00:11:00 | National Bankruptcy Services, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14661049 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 00:11:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 14661051 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 00:11:00 | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| 14669218 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 03 2023 00:11:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Tx 75001-9013 |
| 14661053 | | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 00:19:49 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 14661055 | ^ | MEBN | May 03 2023 00:00:04 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14661056 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 03 2023 00:11:00 | Progressive Insurance Co., Subrogation Department, PO Box 43258, Cleveland, OH 44143-0258 |
| 14662340 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2023 00:11:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14661057 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 00:19:31 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14661058 | + | Email/Text: bankruptcy@sw-credit.com | May 03 2023 00:11:00 | Southwest Credit Systems, LLC, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14661059 | | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 00:19:49 | Sycchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14661648 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 00:19:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14661060 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 00:19:36 | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14661454 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 00:19:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 00:19:37 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14677284 | ^ | MEBN | May 02 2023 23:59:47 | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14661063 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 00:11:00 | Victoria's Secret, PO Box 182128, Columbus, OH 43218-2128 |
| 14661064 | | Email/Text: megan.harper@phila.gov | May 03 2023 00:11:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14661065 | + | Email/Text: documentfiling@lciinc.com | May 03 2023 00:11:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14662967 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14661657 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ecfemails@ph13trustee.com, philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 02, 2023 | Form ID: 155 | Total Noticed: 49 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT bkgroup@kmllawgroup.com

MICHAEL D. SAYLES
    on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Belinda Marie Crawley
      Debtor(s)                                      Chapter: 13

                                                            Bankruptcy No: 22−10060−amc
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 2, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                     Ashely M. Chan
                                                                     Judge ,
                                                                     United States Bankruptcy Court

                                                                                 75
                                                                            Form 155