# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 22-10060-AMC

BELINDA MARIE CRAWLEY

179 WEST NEDRO AVENUE

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BELINDA MARIE CRAWLEY

    179 WEST NEDRO AVENUE

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 West Cheltenham Avenue
    Suite #2.
    ELKINS PARK,, PA 19027-3291

                                        /S/ Kenneth E. West

Date: 10/16/2023                            _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee