IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Belinda Crawley** ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |
| ) | Bankruptcy No.: **22-10060\amc** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **November 28, 2023**               Respectfully Submitted,

                                          **\s\ Michael D. Sayles**
                                          Michael D. Sayles
                                          Attorney for Debtor
                                          427 W. Cheltenham Avenue, Suite #2
                                          Elkins Park, PA  19027
                                          215.635.2270
                                          midusa1@comcast.net