United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10060-amc |
| Belinda Marie Crawley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 01, 2023 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 02 2023 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2023 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Dec 02 2023 00:37:20 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2023 01:02:57 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Dec 02 2023 00:53:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 03, 2023 | Signature: | /s/Gustava Winters |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ecfemails@ph13trustee.com, philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| STEVEN K. EISENBERG | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Belinda M. Crawley**           )    Chapter 13
                                          )
                                          )
       Debtor                             )
                                          )    Bankruptcy No.: **22-10060\amc**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---:|
| Total fee award: | $4,250.00 |
| Total Cost Award: | $00.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$3,750.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: December 1, 2023

_____
Bankruptcy Judge