IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Belinda Crawley** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **22-10060\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that the Chapter 13 Standing Trustee or any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: **January 9, 2024** | **\s\ Michael D. Sayles** |
| | Michael D. Sayles |
| | Attorney for Debtor |
| | 427 W. Cheltenham Avenue, Suite #2 |
| | Elkins Park, PA  19027 |
| | 215.635.2270 |
| | midusa1@comcast.net |