UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Belinda Crawley**   :   CHAPTER 13
:
:
DEBTOR   :   BANKRUPTCY NO.: **22-10060**

# ORDER OF COURT

**AND NOW**, this ⎯⎯10th⎯⎯ day of ⎯⎯January⎯⎯ 2024, **after notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED and DECREED** that the Motion is granted.

By the Court:

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
U.S. Bankruptcy Court Judge