United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10060-amc |
| Belinda Marie Crawley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda Marie Crawley, 179 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| 14661031 | + | AES/Suntrust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 14661032 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE & WEINER COMPANY INC, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14661047 | + | Nationstar Mortgage LLC, 4800 State Highway 121 Bypass, Lewisville, TX 75056-2915 |
| 14661050 | | Nissan Motor Acceptance Corp., PO Box 742658, Cincinnati, OH 45274-2658 |
| 14661052 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14661054 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14661648 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661454 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676838 | + | U.S. Bank Trust National Association, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street,Suite 5000, Philadelphia, PA 19106-1541 |
| 14709962 | + | U.S. Bank Trust National Association, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14661062 | | US Bank Trust National Association, Fay Servicing-Bankruptcy Department, 814609, Dallas, TX 75381-4609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jun 26 2024 00:07:09 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 00:17:48 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 26 2024 00:12:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661030 | + | Email/Text: bncnotifications@pheaa.org | Jun 26 2024 00:11:00 | AES/Keystone best, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14661033 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2024 00:17:42 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14677352 | | Email/Text: megan.harper@phila.gov | Jun 26 2024 00:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14661034 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2024 00:18:29 | Capital One Bank, 4515 North Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14664622 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2024 00:17:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14661035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2024 00:29:32 | Citi, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 14661036 | + | Email/Text: megan.harper@phila.gov | Jun 26 2024 00:12:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14661037 | | Email/Text: megan.harper@phila.gov | Jun 26 2024 00:12:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14661038 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2024 00:12:00 | Comenity, PO Box 659728, San Antonio, TX 78265-9728 |
| 14661039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2024 00:12:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14661040 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 26 2024 00:12:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14661041 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 26 2024 00:12:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14674627 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 26 2024 00:12:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14819367 | ^ | MEBN | Jun 26 2024 00:07:08 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Jason Schwartz, Esquire, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14661042 | + | Email/Text: bky_mail@fanniemae.com | Jun 26 2024 00:11:00 | Federal National Mortgage Assn., 3900 Wisconsin Avenue NW, Washington, DC 20016-2806 |
| 14661043 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 00:17:08 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14662878 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 00:18:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671186 | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 26 2024 00:12:00 | U.S. Bank Trust National Association, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661044 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2024 00:12:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 14661045 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2024 00:12:00 | Midland Credit Managment, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14661048 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2024 00:11:00 | Nationstar Mortgage, LLC, attn: Bankruptcy Department, PO Box 630267, Irving, TX 75063 |
| 14661046 | + | Email/Text: POCInquiries@BonialPC.com | Jun 26 2024 00:11:00 | National Bankruptcy Services, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14661049 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 26 2024 00:11:00 | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 14661051 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 26 2024 00:11:00 | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| 14669218 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 26 2024 00:11:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Tx 75001-9013 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14661053 | | Email/PDF: ais.sync.ebn@aisinfo.com Jun 26 2024 00:17:07 | | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 14661055 | ^ | MEBN Jun 26 2024 00:07:11 | | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14661056 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com Jun 26 2024 00:11:00 | | Progressive Insurance Co., Subrogation Department, PO Box 43258, Cleveland, OH 44143-0258 |
| 14662340 | | Email/Text: bnc-quantum@quantum3group.com Jun 26 2024 00:12:00 | | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14661057 | + | Email/PDF: resurgentbknotifications@resurgent.com Jun 26 2024 00:17:08 | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14661058 | + | Email/Text: bankruptcy@sw-credit.com Jun 26 2024 00:12:00 | | Southwest Credit Systems, LLC, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14661059 | | Email/PDF: ais.sync.ebn@aisinfo.com Jun 26 2024 00:17:07 | | Sycchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 14661648 | ^ | MEBN Jun 26 2024 00:07:16 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661060 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 26 2024 00:18:29 | | Synchrony Bank, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14661454 | ^ | MEBN Jun 26 2024 00:07:19 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 26 2024 00:17:50 | | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14677284 | ^ | MEBN Jun 26 2024 00:07:01 | | U.S. Bank Trust National Association et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14661063 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 26 2024 00:12:00 | | Victoria's Secret, PO Box 182128, Columbus, OH 43218-2128 |
| 14661064 | | Email/Text: megan.harper@phila.gov Jun 26 2024 00:12:00 | | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14661065 | + | Email/Text: documentfiling@lciinc.com Jun 26 2024 00:11:00 | | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14662967 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14661657 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

**Name**            **Email Address**

DANIEL P. JONES
    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity, But Solely As Trustee of LSRMF MH Master Participation Trust TT bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KENNETH E. WEST
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ecfemails@ph13trustee.com, philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Nissan Motor Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL D. SAYLES
    on behalf of Debtor Belinda Marie Crawley midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Brenda Crawley**                    )        Chapter 13
                                              )
                                              )
                                              )
        Debtor                                )        Bankruptcy. No. **22-10060\amc**

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, consideration of the Motion to Dismiss Case filed by Standing Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: June 25, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE